**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GARY J. STRAUSSER,               : No. 783 MAL 2014
                                        :
              Respondent        : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court
                                        :
               v.                       :
                                        :
                                        :
GROSS MCGINLEY LABARRE & EATON :
AND MALCOLM GROSS, ESQUIRE,     :
                                        :
              Petitioners         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 27th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.